Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Mario Garcia*

Herbert L. Weinberg, SBN 97950
Benjamin J. Fenton, SBN 243214
David D. Wagmeister, SBN 309736
**FENTON LAW GROUP LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Facsimile: (310) 444-5280
*Attorneys for Defendant, Mickey Fine Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>MICKEY FINE ENTERPRISES, INC. d/b/a MICKEY FINE GRILL, a California corporation; MICKEY FINE CLINICAL SERVICES INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.: 5:21-cv-01056-JGB-SHK<br><br>*Hon. Judge Jesus G. Bernal*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed: June 23, 2021<br>Trial Date:    None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mario Garcia and Defendants Mickey Fine Enterprises, Inc. d/b/a Mickey Fine Grill and Mickey Fine Clinical Services Inc., stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the absent putative class claims, which will dismiss this action in its entirety. Each party shall bear her or its own fees and costs.

Dated: April 20, 2023　　　　　　　　**WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Thiago M. Coelho, Esq.
Carolin K. Shining, Esq.
*Attorneys for Plaintiff*

Dated: April 20, 2023　　　　　　　　**FENTON LAW GROUP LLP**

*/s/ Benjamin J. Fenton*
Herbert L. Weinberg, Esq.
Benjamin J. Fenton, Esq.
David D. Wagmeister, Esq.
*Attorneys for Defendants*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 20, 2023　　　　　　　　**WILSHIRE LAW FIRM, PLC**

*/s/__Carolin K. Shining___*
Carolin K. Shining
*Attorneys for Plaintiff*