JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICKEY FINE ENTERPRISES, INC. d/b/a MICKEY FINE GRILL, a California corporation; MICKEY FINE CLINICAL SERVICES INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-01056-JGB-SHKx<br><br>*Hon. Judge Jesus G. Bernal*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: June 23, 2021<br>Trial Date:　　　None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Mario Garcia and Defendants Mickey Fine Enterprises, Inc. d/b/a Mickey Fine Grill and Mickey Fine Clinical Services Inc.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the absent putative class claims, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: April 24, 2023

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE